| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wells, Lesley B. | 2. Court or Organization<br><br>U.S. District Court, ND OH | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | **5a. Report Type (check appropriate type)**<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>201 Superior Avenue<br>328 United States Court House<br>Cleveland, OH 44114 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE
2010 MAY 18 A 9: 41
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Wells, Lesley B.

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | $29,987.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | WHEELING & LAKE ERIE RAILWAY - DIRECTOR |
| 2. 2009 | SQUIRE, SANDERS & DEMPSEY - LAW FIRM |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CENTURY FINCL CORP MICH | C | Dividend | K | T | | | | | |
| 2. GENERAL MOTORS CORP | A | Dividend | | | Sold | 06/08/09 | J | A | |
| 3. KEY CORP SECURITIES | A | Dividend | J | T | | | | | |
| 4. LORAIN OHIO-MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 5. MAHONING CNTY OH HSP FCS-MUNI BONDS | A | Interest | J | T | | | | | |
| 6. OHIO ST HIGHER EDL FAC-MUNI BONDS | A | Interest | | | Sold | 02/17/09 | J | A | |
| 7. FAIRFIELD CNTY OHIO HOSP-MUNI BONDS | A | Interest | J | T | | | | | |
| 8. LUCAS CNTY OH HOSP REV-MUNI BONDS | A | Interest | J | T | | | | | |
| 9. MAHONING CNTY OHIO HOSP-MUNI BONDS | A | Interest | K | T | | | | | |
| 10. CUYAHOGA CNTY OHIO HOSP-MUNI BONDS | A | Interest | J | T | | | | | |
| 11. OHIO ST AIR QUALITY DEV-MUNI BONDS | A | Interest | J | T | | | | | |
| 12. CUYAHOGA CO OH HSP REV-MUNI BONDS | A | Interest | J | T | | | | | |
| 13. LORAIN CNTY OH HOSP REV-MUNI BONDS | B | Interest | K | T | | | | | |
| 14. CLEVELAND OH ARPT SYS MUNI BONDS | A | Interest | J | T | | | | | |
| 15. MERRILL LYNCH CMA MONEY FD | A | Interest | J | T | | | | | |
| 16. OHIO ST HEF CMMN REV-MUNI BONDS | A | Interest | | | Sold | 04/23/09 | J | A | |
| 17. STRONGSVILLE OH IMPT-MUNI BONDS | A | Interest | | | Sold | 12/12/09 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BEDFORD OHIO-MUNI BONDS | A | Interest | | | Sold | 11/25/09 | J | A | |
| 19. OHIO ST TPK CMMN TPK REV-MUNI BONDS | A | Interest | J | T | Sold (part) | 08/17/09 | J | A | |
| 20. MILFORD OH EXMP VLG SCH MUNI BOND | A | Interest | | | Sold | 07/07/09 | J | A | |
| 21. UNIV CINC OH GEN RCPTS-MUNI BONDS | A | Interest | J | T | | | | | |
| 22. AKRON BATH COPLEY OH ST-MUNI BONDS | A | Interest | K | T | | | | | |
| 23. LORAIN CNTY OH HOSP REV-MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 24. OHIO ST TPK COMMN TPK REV-MUNI BONDS | A | Interest | | | Sold | 11/25/09 | J | A | |
| 25. PUERTO RICO ELEC PWR-MUNI BONDS | A | Interest | J | T | | | | | |
| 26. PUERTO RICO COMWLTH PUB | A | Interest | J | T | | | | | |
| 27. TECUMSEH OHIO LCL SCH | A | Interest | J | T | | | | | |
| 28. MERRILL LYNCH CMA MONEY FD | A | Interest | J | T | | | | | |
| 29. VANGUARD 500 INDEX FD | B | Dividend | L | T | Buy (add'l) | 01/02/09 | J | | |
| 30. | | | | | Buy (add'l) | 02/02/09 | J | | |
| 31. | | | | | Buy (add'l) | 03/02/09 | J | | |
| 32. | | | | | Buy (add'l) | 04/01/09 | J | | |
| 33. | | | | | Buy (add'l) | 05/01/09 | J | | |
| 34. | | | | | Buy (add'l) | 06/01/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/01/09 | J | | |
| 36. | | | | | Buy (add'l) | 07/31/09 | J | | |
| 37. | | | | | Buy (add'l) | 09/01/09 | J | | |
| 38. | | | | | Buy (add'l) | 10/01/09 | J | | |
| 39. | | | | | Buy (add'l) | 11/02/09 | J | | |
| 40. | | | | | Buy (add'l) | 12/01/09 | J | | |
| 41. TOLEDO OH CAP IMPT | B | Interest | K | T | | | | | |
| 42. COLUMBUS OHIO SWR REV SYS | A | Interest | J | T | | | | | |
| 43. UNIV CINCINNATI GEN RECEIPTS | A | Interest | | | Sold | 02/17/09 | K | A | |
| 44. OHIO ST HIGHER ED | A | Interest | K | T | | | | | |
| 45. MAUMEE OH CITY SCH | A | Interest | J | T | | | | | |
| 46. UNIV AKRON OH GEN | A | Interest | K | T | | | | | |
| 47. OHIO ST HIGHER EDL | A | Interest | J | T | Buy | 08/13/09 | J | | |
| 48. YOUNGSTOWN ST UNIV | A | Interest | | | Buy | 03/31/09 | J | | |
| 49. | | | | | Sold | 12/29/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI[...]CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544